■ In the Matter of WILLIAM BIRMINGHAM, Petitioner, v POLICE COMMISSIONERS OF THE CITY OF MIDDLETOWN et al., Respondents. [727 NYS2d 885] —Proceeding pursuant to CPLR article 78 to review a determination of the respondent Board of Police Commissioners of the City of Middletown dated July 18, 1997, which, after a hearing, found the petitioner guilty of charges of, *inter alia,* conduct unbecoming an officer, and terminated his employment as an officer of the City of Middletown Police Department.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, with costs.

Upon review of the record, we find that the petitioner had a fair and impartial hearing. Further, there is substantial evidence in the record to support the determination. S. Miller, J. P., Friedmann, Feuerstein and Schmidt, JJ., concur.